THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ANTHONY RAY MILLER                                                    PLAINTIFF
#118266

v.                              Case No. 4:23-cv-01103-KGB

BUCKNER, *et al.*                                                     DEFENDANTS

**ORDER**

Before the Court is the Recommended Disposition ("Recommendation") submitted by United States Magistrate Judge Benecia B. Moore (Dkt. No. 8). Plaintiff Anthony Ray Miller has not filed any objections to the Recommendation, and the time to do so has passed. Accordingly, after careful consideration, the Court approves and adopts the Recommendation in its entirety as this Court's findings in all respects (*Id.*). The Court dismisses with prejudice Miller's complaint for failure to state a claim upon which relief may be granted and as barred by *res judicata* (Dkt. No. 2). The Court recommends that, in the future, this dismissal be considered a "strike" for purposes of 28 U.S.C. § 1915(g). The Court certifies that an *in forma pauperis* appeal of this Order and accompanying Judgment would be frivolous and not taken in good faith.

It is so ordered this 10th day of June, 2026.

_____
Kristine G. Baker
Chief United States District Judge