THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ANTHONY RAY MILLER**                                                                            **PLAINTIFF**
**#118266**

**v.**                                         **Case No. 4:23-cv-01103-KGB**

**BUCKNER,** *et al.*                                                                           **DEFENDANTS**

**JUDGMENT**

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Anthony Ray Miller's complaint is dismissed with prejudice (Dkt. No. 2). The relief sought is denied. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal in this action would be frivolous and not taken in good faith.

It is so adjudged this 10th day of June, 2026.

_____
Kristine G. Baker
Chief United States District Judge